

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:          In re Amy Williams

Appellate case number:        01-15-00685-CV

Trial court case number:      703024

Trial court:                  309th District Court of Harris County

      Relator's Motion for Emergency Temporary Relief is **DENIED**.

      It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
        ☑ Acting individually    ☐ Acting for the Court


Date: August 14, 2015